# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Johanna Mosby,

          Plaintiff,          Case No. 16-cv-12007

v.                                       Judith E. Levy
                                       United States District Judge
Commissioner of Social Security,

                                       Mag. Judge Mona K. Majzoub

          Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S REPORT AND RECOMMENDATION [18] ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT [15, 17]

This is a Social Security appeal. Before the Court is Magistrate Judge Majzoub's Report and Recommendation (Dkt. 18) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 15) and grant defendant's motion for summary judgment (Dkt. 17), issued on July 28, 2017. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 18) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 15) is DENIED;

Defendant's motion for summary judgment (Dkt. 17) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: August 22, 2017         s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 22, 2017.

s/Shawna Burns
SHAWNA BURNS
Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).